# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI LEEANN DUKE,<br><br>              Plaintiff,<br><br>    vs.<br><br>COMMISSIONER,<br><br>              Defendant. | Case No.: 12cv0449 DLB<br><br>ORDER DENYING STIPULATION TO EXTEND TIME<br>PREJUDICE<br><br>(Document 14) |

On September 17, 2012, the parties filed a stipulation to allow Plaintiff "a 45 day extension of time, to and including November 8, 2012, in which to Voluntary Remand Request." Given the fact that Administrative Record was filed on July 31, 2012,[1] and the unclear nature of a "Voluntary Remand Request," the Court is uncertain what timeline is at issue.

Accordingly, the stipulation is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated:   **September 17, 2012**           /s/ Dennis L. Beck
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] The Confidential Opening Brief would have been due on or about August 31, 2012.

1